MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELFEGO ALCALA,<br>AIDA CORONA,<br>TAMILENE CISNEROS, and<br>LUPITA CISNEROS,<br><br>Defendants. | CASE NO. 1:18-SW-00329-EPG<br><br>MOTION AND ORDER TO UNSEAL SEARCH WARRANTS |

The search warrants in this case, having been sealed by Order of the Court on August 6, 2018, and August 13, 2018, and it appears that they no longer need remain secret post-indictment of the criminal case, 1:18-CR-00182-LJO-SKO,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Laura D. Withers, Assistant United States Attorney, hereby moves that the search warrants in this case be unsealed and made public record.

Dated: October 2, 2018
                                                         MCGREGOR W. SCOTT
                                                         United States Attorney

                                                   By: /s/ LAURA D. WITHERS
                                                        LAURA D. WITHERS
                                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ELFEGO ALCALA,<br>AIDA CORONA,<br>TAMILENE CISNEROS, and<br>LUPITA CISNEROS,<br><br>               Defendants. | CASE NO. 1:18-SW-00329-EPF<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the search warrants filed on August 6, 2018, and August 13, 2018 be unsealed and become public record.

IT IS SO ORDERED.

Dated: **October 2, 2018**            /s/ *Erica P. Grosjean*
                                                           UNITED STATES MAGISTRATE JUDGE